```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
CHIH-YUAN CHANG, individually
and on behalf of all others
similarly situated,
                                              ORDER
              Plaintiff,
                                         24 Civ. 2753 (NRB)
       - against -

BUZZFEED, INC.,

              Defendant.

-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, this case was filed on April 11, 2024; and

WHEREAS, this case was assigned to United States District Court Judge Ronnie Abrams on April 12, 2024; and

WHEREAS, on April 16, 2024, Judge Abrams issued an Order and Notice of Initial Conference, ECF No. 5; and

WHEREAS, this case reassigned to the undersigned on May 8, 2024; it is hereby

**ORDERED** that the Order and Notice of Initial Conference issued by Judge Abrams is withdrawn.

Dated:    May 9, 2024
          New York, New York

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE